**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| IFC Credit Corporation, Plaintiff<br>v.<br>CMK Engineering, Inc. and Michael Keith, Individually | FILED: MARCH 26, 2008<br>08CV1755      PH<br>JUDGE GUZMAN<br>MAGISTRATE JUDGE ASHMAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff IFC Credit Corporation

| | |
|---|---|
| NAME (Type or print)<br>Beth Anne Alcantar (balcantar@ifccredit.com) | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Beth Anne Alcantar | |
| FIRM<br>IFC Credit Corproation | |
| STREET ADDRESS<br>8700 Waukegan Road, Suite 100 | |
| CITY/STATE/ZIP<br>Morton Grove, IL 60053 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06226582 | TELEPHONE NUMBER<br>847-663-6700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |