IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRIC OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| IFC Credit Corporation, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>CMK ENGINEERING, INC. AND MICHAEL KEITH, INDIVIDUALLY<br><br>Defendant | Case No.<br>FILED: MARCH 26, 2008<br>08CV1755   PH<br>JUDGE GUZMAN<br>MAGISTRATE JUDGE ASHMAN |

**F.R.C.P. Rule 7.1 Disclosure Statement**

The undersigned, counsel of record for IFC Credit Corporation furnishes the following list in compliance with F.R.C.P. 7.1:

1. IFC Credit Corporation does not have a parent corporation.

2. No publicly held company owns 10 percent or more of IFC Credit Corporation's stock.

Respectfully Submitted,

IFC Credit Corporation

Dated: March 24, 2008

By: /s/ Beth Anne Alcantar
One of its Attorneys

Beth Anne Alcantar, IARDC No. 06226582
Attorneys for Plaintiff,
IFC Credit Corporation
8700 Waukegan Road, Suite 100
Morton Grove, IL 60053
(847) 663-6700