ClientCaseID: 22769001

CaseID: 181323

Law Firm ID: IFC


*181323A*

CaseReturnDate: 5/25/08

Affidavit of Special Process Server

## UNITED STATES DISTRICT COURT

I, Susan Speak

Case Number 08-1755

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT.

THAT HE SERVED THE WITHIN   SUMMONS AND COMPLAINT
ON THE WITHIN NAMED DEFENDANT   CMK Engineering, Inc.

( ) PERSONAL SERVICE: IN THAT I PERSONALLY DELIVERED THE PROCESS TO THE DEFENDANT.

( ) ABODE/SUBSTITUTE SERVICE:
I SERVED A MEMBER OF HOUSEHOLD 13 YEARS OF AGE OR OLDER AT THE DEFENDANTS USUAL PLACE OF ABODE AND INFORMED THAT PERSON OF THE CONTENTS THEREOF AND FURTHER MAILED A COPY OF THE SUMMONS OR PROCESS IN A SEALED ENVELOPE WITH POSTAGE PREPAID TO THE DEFENDANT, AT HIS USUAL PLACE OF ABODE WITHIN TWO BUSINESS DAYS OF THE SERVICE.

(X) CORPORATE SERVICE: IN THAT I SERVED THE DEFENDANT CORPORATION BY LEAVING COPY OF THE PROCESS WITHIN THE PERSON LISTED BELOW

( ) UNABLE TO SERVE/NON SERVICE AFFIDAVIT: I WAS UNABLE TO SERVE THE DEFENDANT

Date Of Service: 4-14-08   Time of Service: 3:26 pm   Date Of Mailing
PERSON SERVED  Stephen D Smith

Age    Sex    Race    Height    Build    Hair

LOCATION OF SERVICE   3626 E CAMELBACK ROAD
Phoenix, AZ, 85009

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

AGENCY NAME:   OUTSIDE AGENCY

NAME OF SERVER: Susan Speak   DATE: 4-15-08

ADDRESS: 6339 E. Greenway Road
CITY: Scottsdale
ST: AZ   ZIP 85254
PHONE: (602) 413-9614

# RETURN OF SERVICE

**State of Illinois**                    **County of**                          **District Court**

Case Number: 08CV1755

Plaintiff:
IFC CREDIT CORPORATION, an Illinois Corporation,

vs.

Defendant:
CMK ENGINEERING, INC., and MICHAEL KEITH, Individually,

For:
Beth Anne Alcantar
IFC Credit Corporation
8700 Waukegan Road
Suite 100
Morton Grove, IL  60053

Received by Titan Legal Support on the 31st day of March, 2008 at 3:00 pm to be served on **CMK Engineering, Inc., 3626 E. Camelback Road, Phoenix, AZ 85009**.

I, Susan Speak, ACPS, do hereby affirm that on the **14th day of April, 2008 at 3:26 pm, I:**

served true copies of a **Summons and Complaint** on **CMK Engineering, Inc.** by service upon Stephen D. Smith who is Registered Agent at **3626 E. Camelback Road, Phoenix, AZ 85009;**

I am an Arizona Certified Process Server, fully qualified under A.R.C.P., 4(d) and Rule 45 to serve process in this action.  I have read the forgoing document and state under penalty of perjury that the facts herein are true and correct.


_Susan Speak_
**Susan Speak, ACPS**
Maricopa County License #5268

**Titan Legal Support**
**6339 E. Greenway Road**
**Suite # 102-406**
**Scottsdale, AZ  85254**
**(602) 413-9614**
Our Job Serial Number: 2008001040
Ref: 22769001

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox
V6.2t

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4-14-08 |
| NAME OF SERVER (PRINT) Susan Speak | TITLE Certified Maricopa |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): I Served CMK Engineering, Inc. by Service upon Stephen D. Smith as Registered Agent

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-15-08    *Susan Speak*
            Date        Signature of Server

6339 E Greenway Rd. Ste. 102-406
Scottsdale, AZ 85254
Address of Server
602-413-9614

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.