IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTER DIVISION

| | |
|---|---|
| IFC CREDIT CORPORATION, an Illinois corporation, | )<br>)<br>) Case No. 08-1755 |
| Plaintiff, | ) |
| v. | )<br>) |
| CMK ENGINEERING, INC. AND MICHAEL KEITH INDIVIDUALLY, | ) |
| Defendants. | |

## NOTICE OF FILING AND PROOF OF SERVICE

To:   CMK Engineering Inc.                    Michael Keith
      c/o Stephen D. Smith, statutory agent   1626 N. 26th Ave
      3626 East Camelback Road                Phoenix, AZ 85009
      Phoenix, AZ 85018

Please take notice that on June 2, 2008, we filed with the United States District Court for the Northern District of Illinois Eastern Division, the following: **IFC Credit Corporation's Verified Amended Complaint**, a copy of which is hereby served on you.

Date: June 2, 2008

/s/ Beth Anne Alcantar
Beth Anne Alcantar

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on June 2, 2008, she caused a copy of IFC Credit Corporation's Verified Amended Complaint has been served on defendants at the addresses below by depositing in United States Mail at 8700 Waukegan Road, Morton Grove, IL before 5:00 pm:

>CMK Engineering Inc.
>c/o Stephen D. Smith, statutory agent
>3626 East Camelback Road
>Phoenix, AZ 85018
>
>Michael Keith
>1626 N. 26th Ave
>Phoenix, AZ 85009
>
>June 2, 2008
>
>/s/ Beth Anne Alcantar
>Beth Anne Alcantar

Beth Anne Alcantar, ILARDC #06226582
Attorney for Plaintiff
IFC Credit Corporation
8700 Waukegan Road, Suite 100
Morton Grove, IL 60053
Telephone: (847) 663-6700
Facsimile: (847) 663-6741