# United States District Court for the Northern District of Illinois

Case Number: 08CV1755  Assigned/Issued By: DAJ

Judge Name: GUZMAN  Designated Magistrate Judge: ASHMAN

## FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____   Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

## ISSUANCES

☐ Summons  ☑ Alias Summons

☐ Third Party Summons  ☐ Lis Pendens

☐ Non Wage Garnishment Summons  ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons  _____

☐ Citation to Discover Assets  (Victim, Against and $ Amount)

☐ Writ _____
(Type of Writ)

__2__ Original and __2__ copies on __07/02/08__ as to __MICHAEL KEITH__
(Date)
__(2 ADDRESSES).__

C:\wpwin80\docket\feeinfo.frm   03/14/05