IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IFC CREDIT CORPORATION, an Illinois corporation | ) ) ) |
| Plaintiff, | ) Case No.  08 CV 1755 ) ) |
| v. | ) ) Judge: Guzman |
| CMK ENGINEERING, INC. AND MICHAEL KEITH, INDIVIDUALLY | ) ) Magistrate Judge: Ashman ) |
| Defendants. | ) |

### IFC CREDIT CORPORATION'S MOTION FOR DEFAULT AND DEFAULT JUDGMENT AND OTHER RELIEF

NOW COMES Plaintiff, by and through Beth Anne Alcantar, one of its attorneys, and moves this court to enter a default judgment against Defendant, CMK Engineering, Inc., for the relief sought in the complaint, and default judgment.

1. In support thereof, Plaintiff states that Defendant has been served as required by law, and states that the Complaint has been and is verified pursuant to Section 1-109 of the Illinois Code of Civil Procedure.

2. Defendant has not filed an Answer.

3. Defendant has not filed an Appearance.

Wherefore, Plaintiff prays that Defendant, CMK Engineering, Inc., jointly and severally, be ordered to be in default, and that a default judgment be entered in favor of Plaintiff and against Defendant.

Respectfully submitted,


_/s/Beth Anne Alcantar___



BETH ANNE ALCANTAR, ARDC #6226582
Attorney for Plaintiff
8700 Waukegan Road, Suite 100
Morton Grove, IL 60053
(847) 663-6700