## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IFC CREDIT CORPORATION, an Illinois corporation | ) ) ) | |
| | ) | Case No.  08 CV 1755 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Judge: Guzman |
| CMK ENGINEERING, INC. AND | ) | |
| MICHAEL KEITH, INDIVIDUALLY | ) | Magistrate Judge: Ashman |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

To:   CMK Engineering, Inc.
      c/o Stephen D. Smith, Registered Agent
      3626 East Camelback Road
      Phoenix, AZ 85009

Please take notice that on August 5, 2008 at 9:30 am, or as soon there after as

counsel may be heard, we shall appear before the Honorable Ronald A. Guzman or any

judge sitting in his stead in Courtroom 1219 in the United States District Court, 219 South

Dearborn Street, Chicago, Illinois and present **IFC Credit Corporation's Motion for**

**Default and Default Judgment and Other Relief,** a copy of which is hereby served on

you.

Date: July 23, 2008                     IFC CREDIT CORPORATION


                                        /s/ Beth Anne Alcantar


Beth Anne Alcantar, ILARDC #06226582
Attorney for Plaintiff, IFC Credit Corporation
8700 Waukegan Road, Suite 100
Morton Grove, IL 60053
(847) 663-6700

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on July 23, 2008, she caused a copy of Motion for Default and Default Judgment and Other Relief to be served upon the following by depositing a copy in the United States Mail prior to 5:00pm.

> CMK Engineering, Inc.
> c/o Stephen D. Smith, Registered Agent
> 3626 East Camelback Road
> Phoenix, AZ 85009

/s/ Beth Anne Alcantar