UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

IFC Credit Corporation
                                   Plaintiff,

v.                                                    Case No.: 1:08−cv−01755
                                                       Honorable Ronald A. Guzman

CMK Engineering, Inc., et al.
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 5, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman: Defendants not in court. Motion hearing held on 8/5/2008. Motion by Plaintiff for default judgment as to CMK Engineering, Inc., jointly and severally in the amount of $109,486.42 plus costs of $550.00 [16] is granted. Status hearing held on 8/5/2008. Status hearing set for 10/3/2008 at 09:30 AM. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.