

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1755 | **DATE** | 8/5/2008 |
| **CASE TITLE** | IFC CREDIT CORPORATION vs. CMK ENGINEERING, INC., et al | | |

**DOCKET ENTRY TEXT**

Enter judgment order as to defendant CMK Engineering, Inc.

■ [ For further detail see separate order(s).]                                    Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | CG |
|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 AUG -6 AM 8:34
FILED-FQ