

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IFC CREDIT CORPORATION, an Illinois corporation ) ) ) | Case No.  08 CV 1755 |
| Plaintiff, ) ) | |
| v. ) ) | Judge: Guzman |
| CMK ENGINEERING, INC. AND MICHAEL KEITH, INDIVIDUALLY ) ) ) | Magistrate Judge: Ashman |
| Defendants. ) ) | |

### JUDGMENT ORDER

THIS MATTER coming before this Honorable Court, the Defendant, CMK Engineering, Inc., having been served, and for failure to file an appearance or answer, due notice having been given, and counsel for Plaintiff appearing in open court on behalf of Plaintiff,

IT IS HEREBY ORDERED:

Relying on the Verified Amended Complaint, the Court finds for Plaintiff, IFC Credit Corporation and assesses damages and enters judgment in the amount of

A.) $109,486.42 (one hundred nine thousand four hundred eighty-six dollars and forty-two cents) [comprised of $93,220.00 principal; $15,446.42 interest from 9/4/07 through 8/5/08; and $820.00 attorney's fees]

PLUS

B.) costs of $550.00 (five hundred fifty dollars and zero cents)

in favor of Plaintiff and against CMK Engineering, Inc., jointly and severally. The court finds pursuant to Supreme Court Rule 304(a) that there is no just reason to delay enforcement or appeal or both of this order.

ENTER:  8/05/08

_____
JUDGE

Beth Anne Alcantar, ARDC #6226582
Attorney for Plaintiff
8700 Waukegan Road, Suite 100
Morton Grove, IL 60053
(847) 663-6700